# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00422-CV

**Stephen Vletas, Appellant**

**v.**

**SV O&G LLC, Appellee**

### FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY
### NO. 16,201, THE HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On July 18, 2024, this Court abated this appeal pending the trial court's ruling on Stephen Vletas's motion for new trial. Vletas has filed a motion to dismiss the appeal as moot. He represents that on August 8, 2024, the trial court granted his motion for new trial. We reinstate the appeal, grant his motion, and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

Rosa Lopez Theofanis, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellant's Motion

Filed: October 4, 2024